UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
_____ DIVISION

**RECEIVED**
JUN 15 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Jimmie Smith #20090031180

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: 16 C 4217
(To be supplied by the Clerk of this Court)

Thomas J. Dart - Sheriff
Dr. Nneka Jones-Tapia - Director
Daniel Morcie - Director
Robert Lyies - Director
Frank Arce - Superintendant
Cook County, a Municipal Corporation

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:        **AMENDED COMPLAINT**

__✓__    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
         U.S. Code** (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
         28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

1

I. **Plaintiff(s):**

A. Name: Jimmie Smith

B. List all aliases: Jimmie Hawkins

C. Prisoner identification number: 20090031180

D. Place of present confinement: Cook County Jail

E. Address: Po Box 089002, Chigo Il 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.) D, E, F

A. Defendant: Thomas J. Dart
   Title: Sheriff
   Place of Employment: Cook County Il

B. Defendant: Dr. Nneka Jones-Tapia
   Title: Director
   Place of Employment: Cook County Il

C. Defendant: Daniel Moscie
   Title: Director
   Place of Employment: Cook County Il

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

<u>Defendant's</u>

D. Defendant's: <u>Robert Lyies</u>
Title: <u>Director</u>
Place of Employment: <u>Cook County Il</u>

E. Defendant's: <u>Frank Arce</u>
Title: <u>Superintendant</u>
Place of Employment: <u>Cook County Il</u>

F. Defendant's: <u>Cook County Il</u>
Title: <u>A municipal corporation</u>
Place of Employment: <u>Il</u>

(3)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: *Jimmie Smith V. I don't remember*

B. Approximate date of filing lawsuit: *1992*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *Jimmie Smith*

D. List all defendants: *I don't remember*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *United State's District Court, Northen District of Il Eastern Division*

F. Name of judge to whom case was assigned: *Don't remember*

G. Basic claim made: *Fealure to Protect by the Cook County Jail*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *Dismissed*

I. Approximate date of disposition: *1998*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 8-4-15, I was housed in the unit of (Special Incarceration) on 8-5-15, while in the Shower. Due to the deterioration of the slip resistant covering that's applied to all shower floors here at the jail. I almost slipped and fell. Do to this stated hazard. I filed a inmate grievance (Exhibit 1) dated 8-5-15. The Shower floor was inspected by facility management as well as Defendant M. Morcie. This known hazardous was noted but not addressed. Resulting in, on 9-6-15, while in the Shower I slipped and fell. Hitting my head losing Consciousness. Resulting in a Cut to the back of my head. Injury to my lower back and neck.

ALLEGATIONS OF FACT

1) Defendant's failed to provide me access to a well maintained Shower, and put me in

5

danger of all harm associated with such conditions

2) Disregarded their duties by negligently and willfully permitting a Hazardous Condition to exist, by not repairing the floor and/or providing any floor mat's addressing the Hazardous Conditions being Deliberate Indifferent my wellbeing and denied my rights to due process.

I bring this complaint against the following Named defendant's in there official capacity.

6

Revised 9/2007

(1) Defendant, Dart, was at all time relevant herein the Cook County Sheriff, responsible for maintaining the custody, safety and well-being of the inmates at the Cook County jail.

(2) Defendant, Jontes Tapia, was at all time relevant herein the executive Director of the Cook County jail, responsible for maintaining the custody and over-all operation of the jail. Also responsible for the placement of the plaintiff.

(3) Defendant, Morcie, was at all times relevant herein the Director of the maximum security divisions of the jail and responsible for the placement of the plaintiff. As well as had advance knowledge of the impending hazardous and fell to address,

(4) Defendant, Lyles, At all times relevant herein was the Director of div-9, and responsible for the overall operation of the division. As well as had advance knowledge of the impending hazardous and fell to address it.

(5) Defendant, Arce, At all times relevant herein was the superintendant of div-9. Responsible for the overall operation of the division. As well as had



7

advance knowledge of the stated hazardous and fell to address it resulting in the plaintiff injuries.

6) At all times relevant herein, Defendant Cook County was an Illinois municipal corporation. Cook County is empowered and may be liable to pay any judgment for compensatory damages for any tort committed by an employee of the Cook County Sheriff's Department while acting within the scope of his or her employment.

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_I would like to be awarded $25,000 dollars_

**VI.** The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __6__ day of __7__, 20 __16__

_Jimmie Smith_
(Signature of plaintiff or plaintiffs)

_Jimmie Smith_
(Print name)

_20090031180_
(I.D. Number)

_Cook County Jail_
_PO Box 089002_
_Chicago Il 60608_
(Address)

9

Revised 9/2007

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(¡ Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* Smith
**PRINT - FIRST NAME** *(Primer Nombre):* Jimmie
**INMATE BOOKING NUMBER** *(# de identificación del detenido):* 20090031180
**DIVISION** *(División):* 9
**LIVING UNIT** *(Unidad):* SI
**DATE** *(Fecha):* 8-5-15

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

**DATE OF INCIDENT** *(Fecha Del Incidente):* 8-5-15
**TIME OF INCIDENT** *(Hora Del Incidente):* 0 to 3 - About 10 AM
**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente):* Shower

The shower do not have a slip resistant covering as the other showers in the division. Due to this issue, I almost slipped.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

That a slip resistant covering or a mat be placed on the shower floor.

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):* Jimmie Smith

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

**CRW/PLATOON COUNSELOR (Print):** G. LEWANSKI
**SIGNATURE:** A. Lewanski
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 8/6/15

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-40)(SEP 14)     (WHITE COPY – INMATE SERVICES)     (YELLOW COPY – CRW/PLATOON COUNSELOR)     (PINK COPY – INMATE)